**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| WEIRFIELD COAL, INC., | : | No. 120 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GLOBAL INDEMNITY GROUP AND | : | |
| PENN-STAR INSURANCE CO., | : | |
| | : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 5th day of November, 2018, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.

      Justice Mundy did not participate in the consideration or decision of this matter.